# Exhibit B

## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| Jason Nesbit, Stephanie Stordahl;<br>Linda Hobbs and Shannon Charles<br>Individually and on behalf of a class<br>of similarly situated individuals | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Case No. 2017CH00916 |
| West Interactive Services Corporation, | ) <br> ) | |
| Defendant. | ) <br> ) | |

## NOTICE OF REMOVAL
## TO THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**TO: Clerk of the Circuit Court**
Richard J. Daley Center
50 West Washington Street
Chicago, Illinois 60602

**Myles McGuire**
**Evan M. Meyers**
**Eugene Y. Turin**
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Floor
Chicago, Illinois 60601
*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Northern District of Illinois. Attached hereto as "Exhibit 1" is a copy of the Notice of Removal filed in the United States District Court for the Northern District of Illinois effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446, the Circuit Court of Cook County, Illinois shall proceed no further in this action unless the action is remanded by the United States District Court for the Northern District of Illinois.

Respectfully submitted,

James K. Schultz
Daniel W. Pisani
Morgan I. Marcus
Attorney No.: 42522
Sessions Fishman Nathan & Israel, LLC
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603
Telephone: (312) 578-0990
jschultz@sessions.legal
dpisani@sessions.legal
mmarcus@sessions.legal

*Attorneys for Defendant*
*West Interactive Services Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, the foregoing **Notice of Removal**

**to the United States District Court of the Northern District of Illinois** will be file

stamped and served via U.S. Postal Service at the below addresses:

**Clerk of the Circuit Court**
Richard J. Daley Center
50 West Washington Street
Chicago, Illinois 60602

**Myles McGuire**
**Evan M. Meyers**
**Eugene Y. Turin**
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Floor
Chicago, Illinois 60601
*Attorneys for Plaintiff*

*Attorneys for Defendant*
*West Interactive Services Corporation*

3