**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jason Nesbit and Shannon Charles, individually and on behalf of a class of similarly situated individuals, | ) ) ) | Case No. 17cv01137 |
| | ) | |
| Plaintiffs, | ) | Hon. Sara L. Ellis |
| | ) | |
| -vs- | ) | |
| | ) | Magistrate Judge Mary M. Rowland |
| | ) | |
| West Interactive Services Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**Notice of Settlement**</u>

All parties in this action have reached a resolution of this action in principle. The parties are in the process of drafting and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal with prejudice will be submitted to the Court shortly, and within 30 days. The parties request that the status date set for August 9, 2017 be stricken, and that the court re-set a status date for the week of September 11, 2017 for status on settlement.

Respectfully submitted,

<u>/s/ Eugene Turin</u>
Myles McGuire
Evan M. Meyers
Eugene Y. Turin
McGuire Law, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
(312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
eturin@mcgpc.com
*Attorneys for Plaintiffs*

<u>/s/ Morgan I. Marcus</u>
James K. Schultz
Daniel W. Pisani
Morgan I. Marcus
Sessions Fishman Nathan & Israel, LLC
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603-3651
(312) 578-0985
jschultz@sessions.legal
dpisani@sessions.legal
mmarcus@sessions.legal
*Attorneys for West Interactive Services Corporation*